UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:12-cr-12-T-30TBM

GARY LEE HOSKINS

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the United States'
Motion (Doc. 21) for a forfeiture money judgment in the amount of $102,279.31,
which, at sentencing, shall become a final order of forfeiture as to defendant Gary
Hoskins.

Being fully advised in the premises, the Court hereby finds that the United
States has established that the defendant obtained at least $102,279.31 in proceeds
from the theft of government funds, that being Social Security Administration funds,
in violation of 18 U.S.C. § 641, as charged in Count One of the Indictment, for which
the defendant pled guilty.  Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the
United States' motion (Doc. 21) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. §
981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), defendant Gary
Hoskins shall be held liable for a forfeiture money judgment in the amount of
$102,279.31.

The Court retains jurisdiction to entertain any third party claim that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of any of the defendant's property that the United States is entitled to seek as a substitute asset to satisfy the money judgment.

**DONE** and **ORDERED** in Tampa, Florida on March 27, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2012\12-cr-12.forfeit 21.wpd